United States District Court
Northern District of New York

# CIVIL JUDGMENT

**DWAYNE HALL, SR.**

                **Plaintiff**

                **V.**            **CASE NUMBER:  5:07-cv-286 (NAM) (DEP)**

**ONONDAGA COUNTY SHERIFF'S DEPT.**

                **Defendant**

[X] **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The action is dismissed pursuant to 28 USC 1915(e)(2)(B) and Local Rule 5.4(a) and it is further certified that any appeal of this matter would not be taken in good faith pursuant to 28 USC 1915(a)(3).

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue dated the 7th day of June, 2007.

| | |
|---|---|
| JUNE 8, 2007 | LAWRENCE K. BAERMAN |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |